**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EMANUEL NASH,<br><br>        Petitioner,<br><br>  v.<br><br>RAYBON JOHNSON, Warden,<br><br>        Respondent. | Case No. CV 19-9545 JVS (SS)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: January 06, 2020

                                                JAMES V. SELNA<br>                                                UNITED STATES DISTRICT JUDGE